IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WYNONA M. THACKER,

    Plaintiff,

v.                                                                CASE NO. 1:06-cv-00109-MP-AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act be affirmed. The Magistrate Judge filed the Report and Recommendation on Wednesday, July 18, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

After a hearing on September 22, 2004, the Administrative Law Judge ("ALJ") found that although Plaintiff's diabetes, obesity, sacroilitis, left spondylosis, and radiculitis qualified as severe impairments within the meaning of the Act, they did not meet any of the Listings of Impairments. Further, the ALJ found that Plaintiff's depression and anxiety were not severe on account of her failure to see a mental health professional or take medication. Since Plaintiff could perform her past relevant work, the ALJ concluded that she was not disabled. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420,

1422 (11th Cir. 1997).  After reviewing the record, the Magistrate found that the ALJ's decision was supported by substantial evidence.

Plaintiff has filed objections to the Magistrate's Report, Doc. 19, stating that the ALJ's finding that Plaintiff was not disabled was colored by the issue of non-compliance with weight loss and smoking.  The ALJ found that Plaintiff had failed to comply with prescribed medical treatment because she failed to lose more weight or to quit smoking entirely.  Plaintiff argues in her objections that the ALJ was more concerned with Plaintiff's obesity and smoking than other evidence.  As the Magistrate notes, however, the ALJ found that Plaintiff could perform her past relevant work regardless of her compliance with the prescribed treatment plan, and therefore was not disabled under the code.  Instead of Plaintiff's obesity or smoking, the ALJ based the denial of social security benefits on Plaintiff's failure to meet any of the Listings of Impairments or to demonstrate any severe mental impairment.  The Court agrees with the Magistrate that substantial evidence supports the ALJ's decision that Plaintiff could perform her past relevant work.  Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 17, is adopted and incorporated by reference in this order.

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *7th* day of August, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge